IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEBRA THRASHER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| v. | : | |
| | : | NO. <u>1:08-CV-03870-ODE-CCH</u> |
| PROCOLLECT, INC., | : | |
| a Texas corporation, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted this <u>10th</u> day of March, 2009.

<u>/s/ James M. Feagle</u>
James M. Feagle
Georgia Bar No. 256916
Kris Skaar
Georgia Bar No. 649610

- 1 -

                  **SKAAR & FEAGLE, LLP**
                  108 East Ponce de Leon Avenue
                  Suite 204
                  Decatur, GA 30030
                  404 / 373-1970
                  404 / 601-1855 fax